# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Anthony Brown,

    Plaintiff(s),                                     JUDGMENT IN A CIVIL CASE

vs.                                                        3:08cv524

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/3/08 Order.

Signed: December 3, 2008

Frank G. Johns, Clerk
United States District Court